UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PAYTON D. BARNETTE,

   Plaintiff,

vs.   Case No. 21-217-JB-M

HOLLOWAY CREDIT SOLUTIONS, LLC,

   Defendant.

## **SERVICE ORDER**

Except as otherwise provided, the following procedures for service of process apply in this District.

1. <u>Summons</u>. The provisions of Fed.R.Civ.P. 4 apply in this District. If service is effected by summons, the person effecting service shall make proof thereof to the Court within five (5) days of the date service is effected. <u>See</u> Fed.R.Civ.P. 4(l).

2. <u>Waiver of Service</u>. The provisions of Fed.R.Civ.P. 4(d) apply in this District. If service is waived, Plaintiff shall file the waiver of service with the Court within five (5) days after receipt of the waiver by Plaintiff.

3. <u>Notice of Service Attempt</u>. If within forty-five (45) days after the filing of the Complaint, Plaintiff has not effected service by summons or waiver of service, Plaintiff shall file with the Court a notice describing the action taken by Plaintiff to effect service and the results thereof.

DONE and ORDERED this 10th day of May, 2021.

       s/JEFFREY U. BEAVERSTOCK
       UNITED STATES DISTRICT JUDGE